**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:25-CR-50014**

**KEONDRE CONLEY**                                          **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 61) filed in this case on February 23, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the Motion to Vacate or Modify Sentence. (Doc. 59) is **DENIED**.

**IT IS SO ORDERED** on this 13th day of March, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE